DOWDALL, Respondent, v. S U P R E M E COUNCIL, C. M. B. A., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Michael Dowdall against the Supreme Council, C. M. B. A. No opinion. Judgment reversed and new trial ordered, with costs to appellant to abide event. upon the authority of Mock v Supreme Council of the Royal Arcanum, 121 App. Div. 474, 106 N. Y. Supp. 155, and Wright v. Knights of the Maccabees (recently decided by the Third Department, not yet officially reported) 106 N. Y. Supp. 1150.

━━━━━

DOWDELL, Respondent, v. LACKAWANNA STEEL Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) Action by Patrick Dowdell against the Lackawanna Steel Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that upon the facts which were submitted to the jury the defendant was not shown to have been guilty of actionable negligence; that under the holding of the trial court the negligence, if any, which caused the accident was the negligence of a co-servant of the plaintiff, for which the defendant is not liable.

━━━━━

DRAKE et al. v. LA CHICOTTE et al. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by John N. Drake and another against Walter B. La Chicotte and another. No opinion. Motion denied, with $10 costs. Order filed.

━━━━━

DROGOWITZ, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1908.) Action by Hyman Drogowitz against the New York City Railway Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence.

MILLER, J., concurs on the ground that there was error in the exclusion of evidence.